

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-16-00648-CR

Darrel K. **BOWSER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5005
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

This court heard oral argument in this appeal on February 28, 2018, and the appeal was submitted. On March 7, 2018, Appellant filed a motion to file a supplemental brief and the supplemental brief itself.

Appellant's motion to file a supplemental brief is GRANTED; the supplemental brief is accepted. *See* TEX. R. APP. P. 38.7.

**PER CURIAM**

It is so **ORDERED** on March 12, 2018.

ATTESTED TO: _____
                 Keith E. Hottle
                 Clerk of Court